IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| DEANGELO JOHNSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 3:24CV409 (RCY) |
| | ) | |
| TRANSUNION LLC, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

**FINAL ORDER**
**(Dismissing Action)**

On March 17, 2025, the Court granted Defendant Exeter Finance LLC's Motion to Dismiss and, finding that Plaintiff had failed to plausibly allege Article III standing, dismissed the Amended Complaint as to all Defendants, for lack of subject matter jurisdiction. *See* Order, ECF No. 20. However, out of deference to Plaintiff's *pro se* status, the Court directed Plaintiff to file a Second Amended Complaint within thirty (30) days from the date of entry of its order. The Court warned Plaintiff that failure to file an Amended Complaint curing the noted jurisdictional defects would result in dismissal of this action. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed since the entry of the March 17, 2025 Order, and Plaintiff has not submitted a Second Amended Complaint. Accordingly, the action is hereby DISMISSED WITHOUT PREJUDICE.

The Court does not grant leave to amend, rendering this order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order dismissing a case without leave to amend is final and appealable). Should Plaintiff desire to appeal, a written notice of

appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the ability to appeal.

The Clerk is DIRECTED to file this Final Order electronically and to send a copy to Plaintiff, who is *pro se*.

This case is now CLOSED.

It is so ORDERED.

/s/ *RCY*
Roderick C. Young
United States District Judge

Date: April 18, 2025
Richmond, Virginia